UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CHRISTIAN LEE HANSON #652439,

        Petitioner,         Case No. 1:10cv971

v.         Hon. Robert J. Jonker

CAROL HOWES,

        Respondent.
_____/

## ORDER
### APPROVING AND ADOPTING REPORT AND RECOMMENDATION

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 13, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 13, 2014, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the habeas petition is **DENIED**.


Dated:    March 4, 2014         /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE